# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1379, -1380

Barbara McLaren, et al. vs. The UPS Store, Inc., et al.

Calendar Date: 03/30/2022   Location: Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Barbara McLaren

Designation of Arguing Counsel: Kent A. Bronson

Member of the Bar: [✓] Yes   [ ] No

Representing (check only one):

[ ] Petitioner(s)   [ ] Appellant(s)   [ ] Intervenor(s)

[ ] Respondent(s)   [✓] Appellee(s)   [ ] Amicus Curiae

Please list the name of the lead party being represented:

Barbara McLaren

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system on March 21, 2022.

I further certify that copies of the foregoing were transmitted to all counsel of record via CM/ECF.

>Joseph R. Palmore, Esq.
>David J Ficcola, Esq.
>Morrison & Foerster LLP
>250 West 55th Street
>New York, NY 10010
>
>Mark R McDonald, Esq.
>Morrison & Foerster LLP
>707 Wilshire Blvd
>Los Angeles, CA 90017

**COHEN, PLACITELLA & ROTH, P.C.**

BY:  */s/ Jared M. Placitella*
　　　JARED M. PLACITELLA

Dated: March 21, 2022