# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **22-1379, -1380**

**Barbara McLaren, et al.** vs. **The UPS Store, Inc., et al.**

Calendar Date **03/30/2022**  Location **Philadelphia, PA**

## DIVISION OF ARGUMENT TIME FOR MULTIPLE COUNSEL

The Court of Appeals for the Third Circuit requests counsel for each side to divide the allotted argument time among the parties when multiple briefs are filed by multiple counsel. In many instances, the Court discourages multiple counsel arguing when a joint brief is filed. If multiple counsel request argument when a joint brief is filed, counsel must indicate the party or issue(s) and the division of time for each counsel, and such requests will be submitted to the Court for approval prior to oral argument.

Counsel for Appellant(s), Petitioner(s), or Intervenor(s) in order of argument:

| Name of Counsel | Division of Time | Party/Issue(s) |
|---|---|---|
| | | |
| | | |
| | | |

Counsel for Appellee(s), Respondent(s), or Intervenor(s) in order of argument:

| Name of Counsel | Division of Time | Party/Issue(s) |
|---|---|---|
| Joseph A. Osefchen | 5 minutes | Vincent Tripicchio |
| Kent A. Bronson | 10 minutes | Barbara McLaren |
| | | |

# CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system on March 21, 2022.

I further certify that copies of the foregoing were transmitted to all counsel of record via CM/ECF.

    Joseph R. Palmore, Esq.
    David J Ficcola, Esq.
    Morrison & Foerster LLP
    250 West 55th Street
    New York, NY 10010

    Mark R McDonald, Esq.
    Morrison & Foerster LLP
    707 Wilshire Blvd
    Los Angeles, CA 90017

                                           **COHEN, PLACITELLA & ROTH, P.C.**

                                         BY:  */s/ Jared M. Placitella*
                                                          JARED M. PLACITELLA

Dated: March 21, 2022